1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAMON NAVARRO LUPERCIO,                    No.  1:21-cv-00240-NONE-BAM (PC)

12                  Plaintiff,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS RECOMMENDING
14   LOPEZ, *et al.*,                           DISMISSAL OF ACTION, WITH
                                                PREJUDICE, DUE TO PLAINTIFF'S
15                  Defendants.                 FAILURE TO STATE A COGNIZABLE
                                                CLAIM AND AS FRIVOLOUS
16
                                                (Doc. No. 22)
17

18          Plaintiff Ramon Navarro Lupercio is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

20          On August 20, 2021, the assigned magistrate judge screened plaintiff's first amended

21   complaint and issued findings and recommendations recommending that this action be dismissed,

22   with prejudice, due to plaintiff's failure to state a cognizable claim and as frivolous pursuant to 28

23   U.S.C. § 1915(e).  (Doc. No. 22.)  Those findings and recommendations were served on plaintiff

24   and contained notice that any objections thereto were to be filed within fourteen days after

25   service.  (*Id.* at 5.)  Plaintiff has not filed objections, and the deadline to do so has now passed.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

27   *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

28   and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on August 20, 2021, (Doc. No. 22), are adopted in full;

2. This action is dismissed, with prejudice, due to plaintiff's failure to state a cognizable claim and as frivolous pursuant to 28 U.S.C. § 1915(e); and

3. The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated:   **September 21, 2021**

UNITED STATES DISTRICT JUDGE

2